**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | |
|---|---|
| HERNALDO JOSE ESPINOZA JARQUIN,<br><br>            Plaintiff,<br><br>     v.<br><br>BAEZ LANDSCAPING, INC., a Florida For Profit Corporation and MARIA LEZCANO, Individually,<br><br>            Defendants. | Case No. 2:18-cv-202-FtM-99MRM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, through undersigned counsel, jointly stipulate to dismissal with prejudice of the above styled action and all claims and causes of action asserted therein.

Date: June 13, 2018

| | |
|---|---|
| */s/ Jason L. Gunter*<br>*Attorney for Plaintiff* | */s/ John Potanovic* [*]<br>*Attorney for Defendants* |
| **GUNTERFIRM**<br>Jason L. Gunter, Esq.<br>Florida Bar No.: 0134694<br>jason@gunterfirm.com<br>Conor P. Foley, Esq.<br>Florida Bar No.: 111977<br>conor@Gunterfirm.com<br>1514 Broadway, Ste. 101<br>Ft. Myers, FL 33901 | **HENDERSON FRANKLIN STARNES & HOLT, P.A.**<br>John F. Potanovic, Esq.<br>John.Potanovic@henlaw.com<br>1715 Monroe Street<br>Fort Myers, FL 33901<br>Telephone:  (239) 344-1240<br>Facsimile:  (239) 344-1200 |

---

[*] Signed with permission

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 13, 2018, I caused a copy of the foregoing Joint Stipulation of Dismissal to be served upon the following in the manner indicated:

**By the Court's ECF System:**

**HENDERSON FRANKLIN STARNES & HOLT, P.A.**
John F. Potanovic, Esq.
John.Potanovic@henlaw.com
1715 Monroe Street
Fort Myers, FL 33901
Telephone: (239) 344-1240
Facsimile: (239) 344-1200


Dated:  June 13, 2018        */s/ Jason L. Gunter*
                 Jason L. Gunter
                 **GUNTERFIRM**
                 1514 Broadway, Suite 101
                 Ft. Myers, Florida 33901
                 Telephone:  (239) 334-7017
                 Facsimile:  (239) 236-8008